**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    JACQUELINE D. WHITE<br>        Debtor(s)<br>CARISBROOK ASSET HOLDING TRUST<br>        Movant<br>v.<br>JACQUELINE D. WHITE<br>        Debtor(s)<br>SCOTT F. WATERMAN<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 20-14876-amc |

## ORDER

AND NOW, this _____ day of _____ , 2021, upon the motion of Carisbrook Asset Holding Trust, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Carisbrook Asset Holding Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 6107 COBBS CREEK PARKWAY, PHILADELPHIA, PA 19143.

FURTHER ORDERED and DECREED the automatic stay under 11 USC §362 with regard to the Property (and Debtor) shall not arise as to Carisbrook Asset Holding Trust, or any successor in interest, in this Bankruptcy or any other Bankruptcy filed within 180 days from the date the instant case is either dismissed or otherwise terminated; and it is

FURTHER ORDERED and DECREED that Carisbrook Asset Holding Trust, or any successor in interest, may record this Order in the same fashion as an interest or lien may be recorded under state law, pursuant to 11 USC §362(d)(4), and from the date of recording no automatic stay shall arise under any provision of the Bankruptcy Code as to Carisbrook Asset Holding Trust with regard to the Property and Debtor for a period of two years from the date of this Order; and it is

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE

**Date: February 11, 2021**