UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jacqueline D. White<br>          Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust<br>v.<br><br>Jacqueline D. White<br>Scott F. Waterman<br>          Respondents | CASE NO.: 20-14876-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: February 14, 2024 at 11:00AM<br><br>Objection Deadline: February 9, 2024 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion for Relief from the Automatic Stay with respect to the property located at 6107 Cobbs Creek Parkway , Philadelphia, PA 19143.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

   1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  February 9, 2024    you or your attorney must do all of the following:

   (a)   file an answer explaining your position at
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street
Suite 204
Robert N.C. Nix Sr. Federal Courthouse
Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the Movant's attorney:

Charles Wohlrab
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan at 900 Market Street, Suite 204, Robert N.C. Nix Sr. Federal Courthouse, Philadelphia, PA 19107 on __February 14, 2024__ at __11:00AM__, unless otherwise ordered by the Court.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2830 to find out whether the hearing has been canceled because no one filed an answer.

Dated: January 25, 2024

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

Jacqueline D. White
6107 Cobbs Creek Parkway
Philadelphia, PA 19143
Bankruptcy Debtor

Ann E. Swartz
2901 St. Lawerence Ave Suite 100
Reading, PA 19606
Attorney

Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
Attorney

Scott F. Waterman
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee